IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DAVID BEAR,

     Plaintiff,

v.

                                CASE NUMBER:
                                DIVISION:

ESCAMBIA COUNTY BOARD OF
COUNTY COMMISSIONERS AND
DOUGLAS UNDERHILL,

     Defendants.

---

## NOTICE OF REMOVAL OF CIVIL ACTION

Removing parties, Defendants, Escambia County Board of County Commissioners (County) and Douglas Underhill (Underhill), in his official capacity, allege that this notice of removal is appropriate on the following grounds:

1.    County is a Defendant in the above-titled action.

2.    Underhill is a Defendant in the above-titled action and is being sued both in his official capacity as a commissioner and in his individual capacity.

3.    On October 4, 2019, the action was commenced against County and Underhill in the First Judicial Circuit Court of Escambia County, Florida and is now pending.

4.    On October 9, 2019, County was served with a summons and a complaint with exhibits by leaving the summons and complaint with Dawn Troche, confidential aide to Commissioner Steven Barry.  A copy of the summons and complaint with exhibits is attached as Exhibit "A."

5.    On October 9, 2019, Underhill was served with a summons and a complaint with exhibits by leaving the summons and complaint with exhibits with Dawn Troche, confidential aide to Commissioner Barry.  A copy of the complaint with exhibits served on Underhill is not attached to this notice, as it is identical to the complaint served on Escambia County.  A copy of the summons served on Underhill is attached as Exhibit "B."

6.    Both County and Underhill are submitting this matter to Chubb Insurance Company, its public officials liability carrier, for indemnity and defense.  At present, a preliminary decision has been made by Chubb Insurance to deny coverage and not provide counsel for either County or Underhill or both.  A formal denial with citations to the policy has not been received.  County may contest this decision, but a final determination has not been made.

7.    Based upon written instructions, Underhill, in his personal capacity, no longer wishes for the undersigned and this office to represent him in this matter.  A motion to withdraw has been filed in Escambia Circuit

Court.

8.     Before this notice was filed, Plaintiff propounded a first set of interrogatories and a first request for production of documents upon Underhill and served them on the undersigned by electronic service on November 5th and 6th.  Neither form of discovery propounded indicates whether Underhill is being served in his official or individual capacity. The certificate of service denotes service by U.S. Mail on November 5, 2019 on both the undersigned and Mr. Underhill "via" the undersigned.  The undersigned has moved for a protective order and stay of discovery in Escambia Circuit Court due to Underhill's direction that the undersigned and this office not represent him in his individual capacity.  In addition, Chubb Insurance's decision to refuse to retain separate counsel for County and Underhill in his official capacity and for Underhill in his individual capacity will need to be investigated as no formal denial has been received.

9.     Because of the uncertainty as to whether this office will be representing the County and Underhill in his official capacity and whether separate counsel will be retained to represent Underhill in his individual capacity, Circuit Court Judge Shackelford granted Defendants an extension of time up to and including November 19, 2019, in which to serve and file a

3

response to the complaint.[1]  Other than entry of Judge Shackelford's order extending the time for response, no further proceedings have taken place. The motions to withdraw and for protective order and to stay discovery for sixty (60) days are pending as of the date of filing this notice.

10.    This controversy is subject to removal because of the federal question alleged against Underhill in his official capacity in Count V of the complaint of violation of Plaintiff's First Amendment rights.  Plaintiff seeks compensation and attorney's fees under 42 U.S.C. §§ 1983 and 1988 for the deprivation of his First Amendment rights.  Moreover, a federal question is presented in Count VI of the complaint as Plaintiff is alleging deprivation of his Fourteenth Amendment rights by Underhill in his official capacity and is seeking compensatory damages and attorney's fees pursuant to 42 U.S.C. §§ 1983 and 1988.  Finally, Plaintiff has asserted in Counts VII and VIII violation of Plaintiff's First and Fourteenth Amendment Rights against Underhill in his individual capacity and seeks punitive and compensatory damages and attorney's fees under 42 U.S.C. §§ 1983 and 1988.

11.    This Court has original jurisdiction of the above-titled action pursuant to 28 U.S.C. § 1331, and this action may, therefore, be removed to

---

[1] Judge Shackelford's order was entered before the undersigned filed his motion to withdraw.  Separate counsel will be needed for Underhill in his individual capacity due to the undersigned's pending motion to withdraw.

4

this Court pursuant to 28 U.S.C. § 1441.

12.    Copies of all state court process and pleadings will be filed with this Court pursuant to a separate notice of filing within fourteen days of the filing of this notice of removal as provided by N.D. Fla. Loc. R. 7.2(A).

13.    This notice is filed within thirty (30) days after the service on County and Underhill of the summons and complaint with exhibits which alleges the federal questions described above.

WHEREFORE, County and Underhill in his official capacity request that the above-entitled action be removed from the First Judicial Circuit of Escambia County, Florida to this Honorable Court.

Respectfully submitted,

Escambia County Attorney's Office
221 Palafox Place, Suite 430
Pensacola, Florida 32502
(850) 595-4970
(850) 595-4979 - Facsimile

/s/ Charles V. Peppler
By: Charles V. Peppler, Deputy County Attorney
Florida Bar No.: 239739
Attorneys for Defendants
cpeppler@co.escambia.fl.us
kcchappell@co.escambia.fl.us
kmhill@myescambia.com

5

# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 6th day of November 2019, the

foregoing document was furnished by electronic mail to: Jeremiah J.

Talbott, Law Offices of Jeremiah J. Talbott, P.A., 900 East Moreno Street,

Pensacola, FL 32503 at jjtalbott@talbottlawfirm.com electronic mail and

civilfilings@talbottlawfirm.com.


/s/ Charles V. Peppler
By: Charles V. Peppler, Deputy County Attorney
Florida Bar No.: 239739