# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

DAVID BEAR,

    Plaintiff,

                                             Case No. 3:19-CV-04424-MCR/HTC

v.

ESCAMBIA COUNTY BOARD OF
COUNTY COMMISSIONERS AND
DOUGLAS UNDERHILL,

    Defendants.

_____

## NOTICE OF CANCELLATION OF DEPOSITION OF DAVID BEAR

PLEASE TAKE NOTICE that counsel for Defendant, Douglas Underhill, has cancelled the deposition of Plaintiff, David Bear, previously scheduled for **Friday, March 25, 2022 at 10:00 a.m.**  The deposition will be rescheduled.

                                       /s/Edward P. Fleming
                                       EDWARD P. FLEMING
                                       Florida Bar No. 615927
                                       MATTHEW A. BUSH
                                       Florida Bar No. 58312
                                       McDONALD FLEMING
                                       719 S. Palafox St.
                                       Pensacola, Florida 32502
                                       flemingservice@pensacolalaw.com
                                       asluberti@pensacolalaw.com
                                       (850) 202-8531

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served by electronic mail to all counsel of record listed below on this 24th of March, 2022.

Travis Phillip Lampert
Jeremiah J. Talbott
TALBOTT, LAMPERT & STONER, P.A.
900 East Moreno Street
Pensacola, FL 32503
(850) 437-9600
travis@talbottlawfirm.com
jj@talbottlawfirm.com
civilfilings@talbottlawfirm.com
*Counsel for Plaintiff*

Erik M. Figlio
Alexandra E. Akre
AUSLEY MCMULLEN
123 South Calhoun Street
Tallahassee, FL  32301
(850) 224-9115
rfiglio@ausley.com
aakre@ausley.com
csullivan@ausley.com
nestes@ausley.com
*Counsel for Plaintiff*

Joseph L. Hammons
THE HAMMONS LAW FIRM
17 West Cervantes Street
Pensacola, FL 32501
(850) 434-1068
jhammons@bellsouth.net
Jlhlaw1@bellsouth.net
*Counsel for Defendant Escambia County Board of County Commissioners and Douglas Underhill (in his official capacity)*

/s/Edward P. Fleming
Edward P. Fleming
MCDONALD • FLEMING

CC: *VIA E-MAIL – ANCHOR COURT REPORTERS*