

# INVOICE

**BILL TO**
Lewis Bear Company
6120 Enterprise Dr
Pensacola, FL  32505

**SHIP TO**
Lewis Bear Company
Pensacola, FL  32505-1858
US

**INVOICE #** 6313
**DATE** 12/28/2022

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 12/13/2022 | Resold Services<br>X1 Social Media Accounts Requiring Excess Captures - 1 Hour<br>Facebook Page and Post Settings | 4 | 180.00 | 720.00 |
| 12/13/2022 | Resold Services<br>X1 Social Media Accounts Requiring Excess Captures- 1 Hour - Timeline Post settings capture<br>FaceBook | 1 | 6,000.00 | 6,000.00 |
| 12/13/2022 | Resold Services<br>X1 Social Discovery Collection of Social Media Account for Credentialed Profile Hidden & Visible Comments For FaceBook | 3 | 810.00 | 2,430.00 |

PAID

PAYMENT                                 9,150.00
BALANCE DUE                             **$0.00**

A SERVICE CHARGE OF 1.5% WILL BE ADDED TO PAST DUE ACCOUNTS

Remit to Saltmarsh, Cleaveland & Gund: ~ PO Drawer 13207 ~ Pensacola, FL 32591-3207

For Billing Inquiries, please call 850-202-8300



# Saltmarsh
## Saltmarsh, Cleaveland & Gund
CERTIFIED PUBLIC ACCOUNTANTS AND CONSULTANTS

# INVOICE

**BILL TO**
The Law Office of J.J. Talbott
900 East Moreno Street
Pensacola, FL  32503

**SHIP TO**
J. J. Talbott
The Law Office of J.J. Talbott
900 East Moreno Street
Pensacola, FL  32503

**INVOICE #** INV1389
**DATE** 04/02/2020

Bear, David CIV

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 02/19/2020 | **Labor Hours** Remote Support | Stephen Reyes | T20200220-24 | Litigation Support | Phone call with Mr Talbott and Mr. Bear Re Bear v. Underhill | 0.25 | 225.00 | 56.25 |
| 02/19/2020 | **Labor Hours** Remote Support | Stephen Reyes | T20200220-24 | Litigation Support | Review SM collection process for Bear v. Underhill | 2 | 225.00 | 450.00 |
| 02/21/2020 | **Labor Hours** Remote Support | Stephen Reyes | T20200220-24 | Litigation Support | Review and respond e-mail Bear v. Underhill | 0.25 | 225.00 | 56.25 |
| 02/26/2020 | **Labor Hours** Remote Support | Stephen Reyes | T20200220-24 | Litigation Support | Review interrogatories and respond via e-mail Bear v. Underhill | 0.50 | 225.00 | 112.50 |

BALANCE DUE  **$675.00**

A SERVICE CHARGE OF 1.5% WILL BE ADDED TO PAST DUE ACCOUNTS

Remit to Saltmarsh, Cleaveland & Gund: ~ PO Drawer 13207 ~ Pensacola, FL 32591-3207